Opinion Per Curiam: Judgments of sentence affirmed, and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until they have complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

## Commonwealth v. Cummings, Appellant.

Submitted November 9, 1970. John J. Dean, Assistant Public Defender, and George H. Ross, Public Defender, for appellant; Carol Mary Los, Assistant District Attorney, and Robert W. Duggan, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Cummings, Appellant.

Submitted November 9, 1970. John J. Dean, Assistant Public Defender, and George H. Ross, Public Defender, for appellant; Carol Mary Los and Robert L. Campbell, Assistant District Attorneys, and Robert W. Duggan, District Attorney, for Commonwealth, appellee.

Order affirmed.